UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> CHRISTIAN MARTINEZ ) <br> a/k/a Christian Rodriguez, ) <br> Christian Escolante, ) <br> Jose Cardova, ) <br> Christian A. Martinez and ) <br> Christian Morris ) | 05 CR 10108 RGS <br><br> CRIMINAL NO. <br><br> VIOLATION: <br> 8 U.S.C. § 1326 <br> Unlawful Re-entry of <br> Deported Alien |

## INDICTMENT

<u>COUNT ONE</u>: 8 U.S.C. § 1326–Unlawful Re-entry of Deported Alien

The Grand Jury charges that:

On or about March 29, 2005, at Boston, in the District of Massachusetts,

**CHRISTIAN MARTINEZ**
(a/k/a Christian Rodriguez, Christian Escolante, Jose Cardova,
Christian A. Martinez and Christian Morris)

defendant herein, being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the Secretary for the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS          April  20th, 2005 @ 12:57 PM

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

§JS 45 (5/97) - (Revised USAO MA 3/25/02)

**05 CR 10108 RGS**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          Category No. __II__        Investigating Agency __ICE__

City    __Boston__                **Related Case Information:**

County  __Suffolk__               Superseding Ind./ Inf. _____   Case No. _____
                                  Same Defendant _____   New Defendant _____
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Christian Martinez__              Juvenile  [ ] Yes  [X] No

Alias Name   __Christian Rodriguez, Christian Escolante, Jose Cardova, Christian A. Martinez, Christian Morris__

Address   __800 Saratoga Street, Apartment 1, East Boston, MA 02128__

Birth date: __1980__   SS#: __4499__   Sex: __M__   Race: __White Hispanic__   Nationality: __El Salvador__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   __Sandra S. Bower__                  Bar Number if applicable  __0787700 Florida__

Interpreter:  [X] Yes   [ ] No        List language and/or dialect:  __Spanish__

Matter to be SEALED:   [ ] Yes   [X] No

[X] Warrant Requested           [ ] Regular Process           [ ] In Custody

**Location Status:**

Arrest Date:  __Currently in ICE custody__

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:   [ ] Complaint    [ ] Information    [X] Indictment

Total # of Counts:   [ ] Petty   [ ] Misdemeanor   [X] 1 Felony

                    Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4-20-05__        Signature of AUSA: __Sandra S. Bower__

05 CR 10108 RGS

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy _____

Name of Defendant   Christian Martinez _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 U.S.C. § 1326 | Unlawful Re-entry of Deported Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

c_martinez.js 45.wpd - 3/13/02