AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

CHRISTIAN MARTINEZ
a/k/a Christian Rodriguez,
Christian Escolante,
Jose Cardova, Christian A. Martinez and Christian Morris

**WARRANT FOR ARREST**

CASE NUMBER: **05 CR 10108 RGS**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  CHRISTIAN MARTINEZ, a/k/a Christian Rodriguez, Christian Escolante, Jose Cardova, Christian A. Martinez and Christian Morris
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Unlawful re-entry of a deported alien

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 APR 20 P 2: 46

in violation of Title _____ United States Code, Section(s) 1326

Catherine M. Barsich
Name of Issuing Officer

Catherine M. Barsich
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

04-20-2005   Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY INS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/22/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.