# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                            CRIMINAL NO. 2005-10108-RGS

CHRISTIAN MARTINEZ, ETC.,
       Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    4/20/2005 - Indictment returned.

    4/25/2005 - Initial Appearance/Arraignment

    4/26 - 5/24/2005 - Excluded as per L.R. 112.2(A)(2)

    6/1/2005 - Conference held.

                                      /s/ Robert B. Collings
                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge

June 2, 2005.