UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | CRIMINAL NO. 05-10108 (RGS) |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTIAN MARTINEZ | ) | |

### MOTION TO CONTINUE FINAL STATUS CONFERENCE

Now come Attorney James J. Coviello, counsel for the the defendant in the above-referenced matter, and respectfully request that this court continue the current final status conference scheduled for Friday July 15, 2005, at 10:30a.m.

In support thereof, counsel states that he is counsel in the matter of Commonwealth v. Hensley, Suffolk Superior Court No. 02-10280 which will be finishing sometime during Friday, July 15, 2005. Counsel expects that he will be able to file a final status to court hopefully by the close of business Tuesday, July 19, 2005.

As grounds therefore, this request is in the interest of justice.

The Government assents to this motion.

Respectfully submitted,
By the Attorney,

James J. Coviello
303 Main Street
Charlestown, MA  02151
Tel: (617)242-6832
Fax: (617) 241-0911
BBO No. 550949