UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No. 05-10108-RGS |
| ) | |
| ) | |
| ) | |
| CHRISTIAN MARTINEZ    ) | |

## JOINT MEMORANDUM FOR
## FINAL STATUS CONFERENCE

The parties file this joint memorandum pursuant to Local Rule 116.5(C) and state as follows:

1) There are no outstanding discovery issues to be presented to or resolved by the Court.

2) Other than expert discovery, which will be produced in accordance with the timetable previously ordered by the Court, neither party anticipates providing additional discovery.

3) The defendant does not intend to raise a defense of insanity or public authority.

4) The defendant does not intend to raise an alibi defense.

5) The defendant does not intend to file any motions requiring a ruling by the district court before trial.

6) There is no need to schedule any matter other than trial or plea hearing.

7) The parties believe that it is possible that the matter may resolved by plea.

8) The Court has previously excluded the following periods under the Speedy Trial Act: 4/20/05; 4/25/05; 4/26/05 to 5/24/05; and 6/1/05. The parties further agree that the following periods also should be excluded: 5/11/05 to 6/7/05 and 6/15/05 to 6/23/05, during which certain defense motions were pending. Additionally, defense counsel filed a motion to continue the final

status conference on 7/15/05 and no new date has been set. The parties request the Court to exclude the period between 7/15/05 and the date of the final status conference, pursuant to 18 U.S.C. §3161(h)(8) in that the ends of justice outweigh the interests of the defendant and the public in a speedy trial.

9) If the case does go to trial, it is estimated to last about three days.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Sandra S. Bower for                By:    /s/ Sandra S. Bower
JAMES J. COVIELLO, Esq.                       SANDRA S. BOWER
Counsel for Defendant                         Assistant U. S. Attorney
303 Main Street                               1 Courthouse Way, Suite 9200
Charlestown, MA 02129                         Boston, MA 02210

2