# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2005-10108-RGS

CHRISTIAN MARTINEZ, ETC.,
    Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    5/11 - 6/7/2005 - Filing to decision on Motions ##8, 9, 10, 11.

    6/15 - 6/23/2005 - Filing to decision on Motions ## 15, 16.

    7/15 - 8/11/2005 - Filing to decision on Motion #17.

    8/16/2005 - Conference held.

    Thus, as of August 17, 2005, THIRTY-TWO (32) non-excludable days have occurred leaving THIRTY-EIGHT (38) days left to commence trial so as to

be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings

August 16, 2005.

ROBERT B. COLLINGS
United States Magistrate Judge