# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                      CRIMINAL NO. 2005-10108-RGS

CHRISTIAN MARTINEZ, ETC.,
      Defendant.

## ORDER AFTER
## FINAL STATUS CONFERENCE
## PURSUANT TO LOCAL RULE 116.5(C)

COLLINGS, U.S.M.J.

A Final Status Conference was held on August 16, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    No.

    (2)    No.

    (3)    No.

(4) The defendant will not raise an alibi defense.

(5) No non-discovery type motions will be filed.

(6) No.

(7) A plea is possible; trial will last about three (3) days.

(8) *See* Further Order of Excludable Delay entered this date. ***An Initial Pretrial Conference should be set; THE SPEEDY TRIAL ACT CLOCK IS RUNNING.***

(9) Three (3) days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Three (3) days.

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1. ***THE SPEEDY TRIAL ACT CLOCK IS RUNNING***.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE STEARNS' SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 16, 2005.