UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES         )         CRIMINAL NO. 05-10108 (RGS)
                      )
V.                    )
                      )
CHRISTIAN MARTINEZ    )


### ASSENTED TO MOTION TO RESET THE PROCEDURAL ORDER AND CONTINUE THE SENTENCING DATE

Now comes attorney James J. Coviello, counsel for the defendant in the above-referenced matter, and respectfully requests that this court reset the procedural order scheduling the dates leading up to the sentencing date and that also the court reschedule the sentencing date currently set for February 14, 2006.

In support thereof, counsel states that he has been unable to successfully schedule an interview with the defendant regarding his pre-sentence report with the assistance of a Spanish-speaking interpreter because the Spanish-speaking interpreter employed in this case by the defense has been ill with laryngitis.  Furthermore, as it relates to the sentencing date, counsel respectfully requests that the matter be rescheduled since counsel expects to be moving his office from its current location to another location in the immediate future.

As grounds therefore, the court should allow this motion in the interests of justice.

| Respectfully submitted, | Respectfully submitted, |
| By the Attorney, | By the Attorney, |
| | |
| _s/Sandra Bower_____ | __s/James J. Coviello_ |
| AUSA Sandra Bower | James J. Coviello |
| Joseph Moakley Courthouse | 303 Main Street |
| 1 Courthouse Way | Charlestown, MA  02151 |
| Suite 9200 | Tel: (617)242-6832 |
| Boston, MA  02210 | Fax: (617) 241-0911 |
| Tel: (617) 748-3100 | BBO No. 550949 |
| Fax: (617) 748-3965 | |

Dated:_____

JJC:kmm
Crim-Martinez,C-AssntMotReschedule