UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | CRIMINAL NO. 05-10108 (RGS) |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTIAN MARTINEZ | ) | |

_____

**ASSENTED TO MOTION TO CONTINUE SENTENCING DATE**
_____

Now comes the defendant in the above-referenced matter and respectfully requests that this court reschedule the sentencing hearing currently set for June 27, 2006 at 2:30 p.m.

In support thereof, counsel states that at that time at that time, he will be on trial in the case of <u>Commonwealth</u> <u>v</u>. <u>Paul Hurley</u>, MICR No. 02-1191.

Furthermore, the government assents to this motion.

Respectfully submitted,                Respectfully submitted,
By the Attorney,                       By the Attorney,

_s/Sandra Bower_____                  __s/James J. Coviello_
AUSA Sandra Bower                      James J. Coviello
Joseph Moakley Courthouse              303 Main Street
1 Courthouse Way                       Charlestown, MA  02151
Suite 9200                             Tel: (617)242-6832
Boston, MA  02210                      Fax: (617) 241-0911
Tel: (617) 748-3100                    BBO No. 550949
Fax: (617) 748-3965

Dated:___6/19/06_____               Dated: ____6/19/06_____

JJC:kmm
Crim-Martinez,C-AssntMotCont.06-06